IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JESSIE WIMSY JONES,**

    **Plaintiff,**

v.                                         Case No. 4:24-cv-61-AW-MAF

**K. HOLDEN, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the matter, I now adopt the report and recommendation (ECF No. 8) and incorporate it into this order. Plaintiff has not complied with a court order, and he has not objected to the recommendation to dismiss on that basis. He appears to have abandoned his case.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order." The clerk will then close the file.

SO ORDERED on May 14, 2024.

                                                  s/ *Allen Winsor*
                                                United States District Judge